UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JIBREEL PRATT,<br><br>           Defendant.<br>_____/ | Case: 2:24-cr-20274<br>Assigned To : Hood, Denise Page<br>Referral Judge: Grand, David R.<br>Assign. Date : 5/22/2024<br>Description: INDI USA v SEALED MATTER (JP)<br><br>VIOLATIONS:  18 U.S.C. §2339B |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(Attempting to Provide Material Support to a Foreign Terrorist Organization,
18 U.S.C. § 2339B)

JIBREEL PRATT

On or about March 15, 2023, in the Eastern District of Michigan, Southern Division, the defendant, JIBREEL PRATT, a United States citizen, did knowingly attempt to provide material support and resources in the form of currency and monetary instruments to a foreign terrorist organization, to wit: the Islamic State, which is also known as the Islamic State of Iraq and al-Sham ("ISIS"), which, at all times relevant to this Indictment, was designated by the Secretary of State as a

foreign terrorist organization, knowing that ISIS was a designated foreign terrorist organization and that ISIS engages and has engaged in terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B.

## COUNT TWO

(Attempting to Provide Material Support to a Foreign Terrorist Organization, 18 U.S.C. § 2339B)

JIBREEL PRATT

On or about May 4, 2023, in the Eastern District of Michigan, Southern Division, the defendant, JIBREEL PRATT, a United States citizen, did knowingly attempt to provide material support and resources in the form of currency and monetary instruments to a foreign terrorist organization, to wit: the Islamic State, which is also known as the Islamic State of Iraq and al-Sham ("ISIS"), which, at all times relevant to this Indictment, was designated by the Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated foreign terrorist

organization and that ISIS engages and has engaged in terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B.

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/*Michael C. Martin*
MICHAEL C. MARTIN
Chief, National Security Unit
Assistant United States Attorney

s/*Jerome Gorgon*
JEROME GORGON
Assistant United States Attorney

s/*Douglas Salzenstein*
DOUGLAS SALZENSTEIN
Assistant United States Attorney

Dated: May 22, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co[...]

Case: 2:24-cr-20274
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Assign. Date : 5/22/2024
Description: INDI USA v SEALED MATTER (JP)

### Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☒ No           AUSA's Initials: _____

Case Title: USA v. Jibreel Pratt

County where offense occurred : Wayne County

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

### Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

May 22, 2024
    Date

Jerome Gorgon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9676
Fax:
E-Mail address: Jerome.Gorgon@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.