UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JIBREEL PRATT,

        Defendant.
_____/

CRIMINAL NO. 24-20274

HON. DENISE PAGE HOOD

VIOLATIONS:  18 U.S.C. § 2339C

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(Concealment of Material Support to a Foreign Terrorist Organization,
18 U.S.C. § 2339C(c)(2)(A)

On or about March 15, 2023, in the Eastern District of Michigan, Southern Division, the defendant, JIBREEL PRATT, while in the United States, did knowingly conceal and disguise the nature, location, source, ownership and control of material support and resources, in the form of currency and monetary instruments, knowing and intending that the support and resources were to be provided in violation of 18 U.S.C. § 2339B, namely the knowing provision of material support and resources to a foreign terrorist organization, to wit: the Islamic State, which is

also known as the Islamic State of Iraq and al-Sham ("ISIS"), which, at all times relevant to this Information, was designated by the Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated foreign terrorist organization and that ISIS engages in and has engaged in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339C(c)(2)(A).

## COUNT TWO

(Concealment of Material Support to a Foreign Terrorist Organization,
18 U.S.C. § 2339C(c)(2)(A))

On or about May 4, 2023, in the Eastern District of Michigan, Southern Division, the defendant, JIBREEL PRATT, while in the United States, did knowingly conceal and disguise the nature, location, source, ownership and control of material support and resources, in the form of currency and monetary instruments, knowing and intending that the support and resources were to be provided in violation of 18 U.S.C. § 2339B, namely the knowing provision of material support and resources to a foreign terrorist organization, to wit: the Islamic State, which is also known as the Islamic State of Iraq and al-Sham ("ISIS"), which, at all times relevant to this Information, was designated by the Secretary of State as a foreign terrorist organization, knowing that ISIS was a designated foreign terrorist

organization and that ISIS engages in and has engaged in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339C(c)(2)(A).


JEROME F. GORGON JR.
United States Attorney


*s/Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, Homeland Security Task Force
Assistant United States Attorney


Dated: June 23, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>24-cr-20274 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** DS |

**Case Title:** USA v. Jibreel Pratt

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** _____]
____Indictment/ ✓ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 24-cr-20274                **Judge:** Denise Page Hood

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 23, 2025
Date

*Douglas Salzenstein*
Douglas Salzenstein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9196
Fax:
E-Mail address: Doug.Salzenstein@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.